IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: <br><br> 1700 Poplar Street, Apartment B, Helena, Montana 59601 | MJ 18-59-M-JCL <br><br> ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 11th day of October, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1